**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
NATALIA JUSCINSKA,

       Plaintiff,                  CASE NO.: 1:18-cv-08201-ALC-KNF

v.

PAPER FACTORY HOTEL, LLC,
*a New York limited liability company.*

       Defendant.
------------------------------------------------------------x

## NOTICE OF FILING OFFER OF JUDGMENT, AND ACCEPTANCE OF OFFER OF JUDGMENT (WITH STATEMENT OF BASIS FOR DOING SO)

Plaintiff, pursuant to Fed. R. Civ. P. 68, hereby files the Offer of Judgment served by Defendant, Paper Factory Hotel, LLC, on June 4 2019, and Notice of Accepting Offer of Judgment And Basis For Doing So, served by Plaintiff on June 18, 2019.

                              Respectfully Submitted,

                              LAW OFFICES OF NOLAN KLEIN
                              *Attorneys for Plaintiff*
                              5550 Glades Road, Suite 500
                              Boca Raton, FL 33431
                              PH:    (954) 745-0588
                              www.nklegal.com

               By:  */s/ Nolan Klein*
                              NOLAN KLEIN, ESQUIRE
                              (NK4223)
                              klein@nklegal.com
                              amy@nklegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was sent via e-mail to the following individuals on the attached service list and filed with the Clerk of the Court using CM/ECF, this **18th** day of **June,** 2019.

By: */s/ Nolan Klein*
       NOLAN KLEIN

## SERVICE LIST:

**JUSTIN R. MARINO, ESQ.**
Stevenson Marino LLP
105 Maxess Road, Suite 124
Melville, NY 11747
Ph:     (212) 939-7228
jmarino@stevensonmarino.com
*Attorneys for Defendant*