USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/10/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
NATALIA JUSCINSKA,

                              Plaintiff,

      -against-

PAPER FACTORY HOTEL, LLC,

                            Defendant.

------------------------------------------------------------------- x

18-CV-8201 (ALC)

**30 DAY ORDER**

ANDREW L. CARTER, JR., District Judge:

It having been reported to this Court that this case has or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:    July 10, 2018
             New York, New York

                                        ANDREW L. CARTER, JR.
                                        **United States District Judge**